SOMERVILLE MILLING CO. ET AL. *v.*
WORCESTER NORTH SAVINGS
INSTITUTION.

No. 495.   Decided January 12, 1959.

*Angus M. MacNeil* for appellants.

*Stanley M. Burns* for appellee.

PER CURIAM.

The motion to strike the motion to dismiss is denied. The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.